UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:21-cv-01254-RSWL-MAR                                      Date:  September 26, 2022

Title:  *Daniel Lee Duvall v. People of The State of California*

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) SECOND ORDER TO SHOW CAUSE RE: STATUS REPORT**

  Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody.  ECF Docket No. ("Dkt.") 1.  On August 6, 2021, this Court stayed consideration of the Petition until Petitioner's state court proceedings have concluded.  Dkt. 5.  The Court also instructed Petitioner to "file quarterly status reports with this Court regarding the status of the state action every 90 days beginning on September 15, 2021."  Id.  Petitioner filed status reports on: September 20, 2021; December 10, 2021; and March 16, 2021.  Dkts. 6–8.

  On August 9, 2022, the Court issued an Order to Show Cause why the action should not be dismissed for failure to prosecute and failure to comply with court orders ("OSC").  Dkt. 9.  The OSC warned Petitioner that, "to avoid dismissal, Petitioner shall provide the Court with a status report regarding the state of the state court proceedings."  Dkt. 9.  Petitioner has yet to respond to the August 9, 2022 OSC.  Petitioner has not corresponded with the Court at all for over six (6) months, since March 16, 2021.

  The Court will give Petitioner one final opportunity to file a status report before recommending that the action be dismissed. Petitioner must comply **within fourteen (14) days of this Order, by October 11, 2022**, or this action **will** be dismissed for failure to prosecute and comply with court orders.

  As noted in the August 9, 2022 OSC, status reports should be filed every ninety (90) days even if the status of the proceedings has not changed since the previous report.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | eb |