UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   8:21-cv-01254-PSG-MAR                                                        Date:  June 7, 2023

Title:   *Daniel Lee Duvall v. People of The State of California*

Present:  The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| VALERIE VELASCO | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) THIRD ORDER TO SHOW CAUSE RE: STATUS REPORT**

   Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody.  ECF Docket No. ("Dkt.") 1.  On August 6, 2021, this Court stayed consideration of the Petition until Petitioner's state court proceedings have concluded.  Dkt. 5.  The Court also instructed Petitioner to "file quarterly status reports with this Court regarding the status of the state action every 90 days beginning on September 15, 2021."  Id.  Petitioner filed status reports on: September 20, 2021; December 10, 2021; and March 16, 2021.  Dkts. 6–8.  On August 9, 2022, the Court issued an Order to Show Cause why the action should not be dismissed for failure to prosecute and failure to comply with court orders ("OSC").  Dkt. 9.  The OSC warned Petitioner that, "to avoid dismissal, Petitioner shall provide the Court with a status report regarding the state of the state court proceedings."  Dkt. 9.  On September 26, 2023, the Court issued a Second OSC ordering Petitioner to file a status report and warning Petitioner "this action will be dismissed for failure to prosecute and comply with court orders" if he did not respond.  Petitioner has yet to respond to either OSC.  Petitioner has not corresponded with the Court at all for over one year, since March 16, 2021.  The CDCR inmate locator indicates that Petitioner is still incarcerated at Calipatria State Prison, and the Court has not been notified of any mail being undeliverable at his current address.  Accordingly, there is not much left for the Court to do but dismiss the case for failure to prosecute.

   Still, the Court is aware that a dismissal, even without prejudice, may result in a future petition being deemed untimely, thereby depriving Petitioner of an opportunity to pursue habeas relief in federal court.  Accordingly, the Court will give Petitioner one last and final opportunity to file a status report before recommending that the action be dismissed. Petitioner must comply **within fourteen (14) days of this Order, by June 21, 2023**, or this action **will** be dismissed for failure to prosecute and comply with court orders.  As noted in the previous OSCs, status reports should be filed every ninety (90) days even if the status of the proceedings has not changed since the previous report.

**IT IS SO ORDERED.**

|  | : |
|---|---|
|  **Initials of Preparer** | vv |

---

CV-90 (03/15)                                           Civil Minutes – General                                           Page **1** of **1**