UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE DUVALL, | Case No. 8:21-cv-01254-PSG-MAR |
| Plaintiff, | |
| v. | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Defendant(s). | |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: June 29, 2023

_____
HONORABLE PHILIP S. GUTIERREZ
United States District Judge